# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-3021-02-CR-S-RED |
| | ) | |
| CHRISTOPHER M. HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court are Defendant Christopher M. Holmes' Motion to Suppress Statements (Doc. 261), the Report and Recommendation of United States Magistrate Judge (Doc. 306), and Defendant's Objections to Magistrate Judge's Findings and Recommendations Denying Defendant's Motion to Suppress Statements (Doc. 339). After careful and independent review of the parties' submissions, this Court agrees with and **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 306). As such, Defendant's Motion to Suppress is **DENIED** (Doc. 261) and his objections to the Report and Recommendation are **OVERRULED** (Doc. 35). Defendant's Motion for Leave to file Motion Out of Time (Doc. 260) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED:     April 19, 2012                   */s/ Richard E. Dorr*
                                            RICHARD E. DORR, JUDGE
                                            UNITED STATES DISTRICT COURT